

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : **INDICTMENT** |
| | : |
| v. | : CRIMINAL NO. 3:20-CR-__6(CAR)__-  |
| | : |
| ARMAND PAYNE | : VIOLATION: 18 U.S.C. § 922(g)(1) |
| | :              18 U.S.C. § 924(a)(2) |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (POSSESSION OF A FIREARM BY A CONVICTED FELON)

That on or about November 21, 2019, in the Athens Division of the Middle District of Georgia,

**ARMAND PAYNE,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, one (1) Interarms, Model: Firestar, 9mm firearm, Serial Number: 2119960, said firearm having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

_s/ Foreperson of the Grand Jury_
FOREPERSON OF THE GRAND JURY

PRESENTED BY:
CHARLES E. PEELER
UNITED STATES ATTORNEY

TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this ___15___ day of
A.D. 20 _20_ .

_Deputy Clerk_

2